```
 1  CAROLYN D. PHILLIPS
    State Bar No. 103045
 2  Attorney at Law
    P.O. Box 5622
 3  Fresno, CA 93755-5622
    tel: 559.248.9833 fax: 559.248.9820
 4
    CATHERINE CAMPBELL
 5  State Bar No. 65103
    Attorney at Law
 6  P.O. Box 4470
    Fresno, CA 93744
 7  tel: 559.498-8140 fax 559.221.0268

 8  Attorneys for Petitioner Mango Watts

 9
                    UNITED STATES DISTRICT COURT
10
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12
    MANGO WATTS,                  Case No. CV F 03-5635 –DLB HC
13
              Petitioner,              [CORRECTED]
                                  STIPULATION AND ORDER TO EXPUNGE
14                                DISCIPLINARY REPORTS FROM
                                  MANGO WATTS' CENTRAL FILE
15  v.

    DEPARTMENT OF CORRECTIONS,
16  et al.,

17            Respondents.
                                     /
18

19      IT IS HEREBY STIPULATED by and between the parties by and through their

20   respective counsel of record, that all disciplinary reports related to grooming

21  standards rules violations will be expunged forthwith from Mango Watts' central file.

22  The following rules violations shall be expunged forthwith from Mango Watts' central

23
```

Stipulation and Order to Expunge Disciplinary Reports From Mango Watts' Central File; *Watts v. Department of Corrections, et al.*, Case No. CIV F-03-5365 DLB P

1

PDF created with pdfFactory trial version www.pdffactory.com

1 | file:  a rules violation which occurred on November 21, 2001; rules violation dated
2 | February 24, 2002, Log No. 02-FB- 02-092; and, rules violation dated August 25, 2002,
3 | Log No. 02-FB-08-063.
4 |  Further, as of the date of this stipulation and order, Mr. Watts' classification
5 | score shall be computed without regard to these rules violation reports.
6 |
7 | Dated: October 18, 2006

          /s/ Carlyn D. Phillips
         Carolyn D. Phillips
         Attorney for Plaintiff
         MANGO WATTS

Dated: October 17, 2006  BILL LOCKYER, Attorney General
          of the State of California
         JAMES M. HUMES
          Chief Assistant Attorney General
         FRANCES T. GRUNDER
          Senior Assistant Attorney General
         DAVID A. CARRASCO
          Supervising Deputy Attorney General


         By: /s/ John W. Riches, II
          JOHN W. RICHES, II
          Deputy Attorney General
          Attorneys for
          Zuniga, Vanderpoel, Tilton, and
          Alameda

Stipulation and Order to Expunge Disciplinary Reports From Mango Watts' Central File; *Watts v. Department of Corrections, et al.*, Case No. CIV F-03-5365 DLB P

2

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS HEREBY ORDERED, that all disciplinary reports related to grooming standards rules violations will be expunged forthwith from Mango Watts' central file.

The following rules violations shall be expunged forthwith from Mango Watts' central file: a rules violation which occurred on November 21, 2001; rules violation dated February 24, 2002, Log No. 02-FB- 02-092; and, rules violation dated August 25, 2002, Log No. 02-FB-08-063.

Further, as of the date of the stipulation and this order, Mr. Watts' classification score shall be computed without regard to these rules violation reports.

Dated:   10/18/06              /s/ Oliver W. Wanger
                               OLIVER W. WANGER
                               JUDGE OF THE UNITED STATES DISTRICT COURT

Stipulation and Order to Expunge Disciplinary Reports From Mango Watts' Central File; *Watts v. Department of Corrections, et al.*, Case No. CIV F-03-5365 DLB P

3

PDF created with pdfFactory trial version www.pdffactory.com